# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Tiffany Marie Parson | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor. | : | CASE NO.: 18-11452 |

## CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
## BANKRUPTCY RULE 7004

This is to certify that I have this day served a copy of the Initial Chapter 13 Plan filed in the above styled case on July 23, 2018 (Doc. No. 14) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Midland Funding, LLC
3111 Camino Del Rio North
Suite 103
San Diego, CA 91208

Corporation Service Company (Registered Agent for Midland Funding, LLC)
40 Technology Parkway South
Suite 300
Norcross, GA 30092

DATED: July 27, 2018
\_\_\_\_\_/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339