**IT IS ORDERED as set forth below:**

**Date: September 1, 2021**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIFFANY MARIE PARSON | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-11452-lrc |

==============================================================================

**CONSENT ORDER APPROVING DEBTOR'S
MOTION TO APPROVE SALE OF REAL PROPERTY**

TIFFANY MARIE PARSON Debtor in the above styled Chapter 13 case, by and through undersigned counsel, filed her Motion to Approve Sale of Real Property (the "Motion") on July 21, 2021 (Doc. No. 45) seeking authority to sell the real property located at 38 Marie Place, Villa Rica, GA 30180 (the "Property"). The Property is currently subject to one mortgage lien. All interested parties have been served with the Motion, and none filed any opposition.

The Court held a hearing on the Motion on August 26, 2021.  Debtor was represented by Howard Slomka, Esq. and Chapter 13 Trustee was represented by Kelsey A. Makeever, Esq.  No other appeared in opposition to the Motion.  It appears that there is adequate equity in the Property to pay off the Chapter 13 Plan in full after satisfying the mortgage.  It is therefore

ORDERED that the Motion is GRANTED and the Debtor may sell the Property and disbursements made as described in the Motion.  Debtor's counsel shall deliver a signed copy of the closing statement to the Chapter 13 Trustee within ten (10) days of the closing.  All parties, buyers, and closing counsel are entitled to rely upon this order in closing the sale of the Property without further approval of this Court. It is further

ORDERED that the closing attorney is to directly remit 16,145.09 to the Chapter 13 Trustee by check at the mailing address provided below for the Chapter 13 Trustee.  The check should be made payable to Melissa J. Davey.  These funds are to be distributed by the Trustee, less the Trustee's statutory fee, to pay all claims in full pursuant to the terms of the confirmed Chapter 13 Plan.  It is further

ORDERED that the FIFA filed by Midland Funding, LLC Successor in Interest to Credit One Bank, N.A. vs. Tiffany Parson recorded 5/2/2018 in Lien Book 201, Page 637, Carroll County, Georgia has been avoided in accordance with the terms of the confirmed Plan in this case, and is no longer a secured claim.

ORDERED that the Closing Statement shall contain a fee payable to Debtor's counsel in the amount of $1,250.00.

ORDERED  that the commission payable to Listing broker Martha Edwards shall be remitted to Debtor's counsel to hold in trust until said broker is approved by an Order from this Court.                                        [End of Order]

Prepared by:

_____/s/_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
6400 Powers Ferry Road NW
Suite 391
Atlanta, GA 30339
(404) 800-4001

CONSENT BY:

/s/_____
Kelsey A. Makeever, Esq.
Georgia Bar No. 371499
Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, N.E.
Suite 200
Atlanta, GA 30303
Attorney for Chapter 13 Trustee


Distribution List:

All creditors and parties in interest