UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| TIFFANY MARIE PARSON | ) | CASE NO.: 18-11452-LRC |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | |

## NOTICE OF TRUSTEE'S INTENT TO STOP FUNDING CLAIM

Melissa J. Davey, Chapter 13 Trustee in the above styled case, hereby notifies the parties that the following claim will no longer be funded by the Trustee, as the Trustee has received notice from the creditor that the claim has been paid in full or otherwise satisfied (see attached).

| Name and Address of Creditor | Claim Number | Claim Amount |
|---|---|---|
| Regions Bank Dba Regions Mortgage<br>P.O. Box 18001<br>Hattiesburg, MS  39404 | 5 | $5,220.35 |

If you object, please provide written notice to the Trustee or file an appropriate pleading with the Court within fourteen (14) days of the date of the Certificate of Service.

Dated: January 18, 2022

/s/Melissa J. Davey
Chapter 13 Trustee
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444
mail@13trusteeatlanta.com

September 13, 2021

MELISSA J DAVEY
CHAPTER 13 TRUSTEE
SUITE 200, 260 PEACHTREE STREET N.W.
ATLANTA, GA 30303

RE. Loan: ████████
BK. Case: 18 11452
Chapter: 13

        Mortgagor(s): Johnny L Parson
                      Tiffany M Parson
          Property: 38 Marie Pl
                      Villa Rica GA 30180
         Loan Type: CONV W/O PMI
     Guaranty No.: 7157886

Dear Sir/Madam:

The attached information is provided:

____ For Your Records

____ For Your Signature

____ As Per Our Conversation

____ To Comply With Requirements of Servicing

____ Regarding a Notification of Hearing

____ Please File a Motion for Relief

____ Please File a Proof of Claim for Arrearages

     ENCLOSED IS THE TRUSTEE CHECK
     LOAN IS PAID IN FULL
     NO ADDITIONAL FUNDS REQUIRED

Should you have any questions, please contact the undersigned.

Sincerely,


FAX: (901)580-3637

NOTE: If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with your loan, this letter is being provided for informational purposes only and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral.

Exclusive address for Information Requests and Error Resolution: PO Box 110, Hattiesburg, MS 39403-0110
"Regions Bank may be a debt collector under applicable law. This communication may be deemed an attempt to collect a debt, and any information obtained could be used for that purpose. If you are a successor in interest, this notice does not make you liable for the mortgage debt, and you will only be liable for the mortgage debt if you assume the mortgage loan obligation under State law." • Once enrolled, loan information is available 24 hours a day, 7 days a week at regionsmortgage.com
"Regions is an Equal Housing Lender."

BK0107028/BM4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| | ) CASE NO.: 18-11452-LRC |
| TIFFANY MARIE PARSON | ) |
| | ) |
| DEBTOR | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on this day I caused a copy of this Notice of Trustee's Intent to Stop Funding Claim to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

Debtor:
Tiffany Marie Parson
38 Marie Place
Villa Rica, GA 30180

Creditor:
Regions Bank Dba Regions Mortgage
P.O. Box 18001
Hattiesburg, MS 39404

I further certify that I have on this day electronically filed the foregoing Notice of Trustee's Intent to Stop Funding Claim using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC

Dated: January 18, 2022

/s/Melissa J. Davey
Chapter 13 Trustee
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA 30303
(678)510-1444
mail@13trusteeatlanta.com