# United States Bankruptcy Court
## Northern District of Georgia

In re  **TIFFANY MARIE PARSON**                                    Case No.  **18-11452-LRC**

Debtor(s)                                                                    Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:                    xxx-xx-9400

Joint Debtor's Social Security Number:    xxx-xx-6181

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **Blake Harris Harrison and Bryan Christian Ott**

Street:           **1867 Stancrest Trace, NW**

City, State and Zip:    **Kennesaw, GA 30152**

Telephone #:

**Please be advised that effective** May 28 , 20 19,
**my (our) new mailing address and telephone number is:**

Name:            **Blake Harris Harrison and Bryan Christian Ott**

Street:            **2870 Peachtree Rd NW #915-1873**

City, State and Zip:    **Atlanta, GA 30305**

Telephone #:

/s/ Blake Harris Harrison
**Blake Harris Harrison**
Debtor

/s/ Bryan Christian Ott
**Bryan Christian Ott**
Joint Debtor